1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

IN RE:                                  )   CASE NO. 1:10-SW-230 SKO
                                        )
PRIORITY MAIL PARCEL ADDRESSED          )
TO JUANITA GOMES, 5090 OLD              )   MOTION TO UNSEAL APPLICATION AND
TAVERN ROAD, APT. 2B, THE               )   AFFIDAVIT FOR SEARCH WARRANT;
PLAINS, VA 20198 WITH A RETURN          )   SEARCH WARRANT
ADDRESS OF FRANCISCO GOMES,             )
5515 E HWY 140, PLANADA, CA             )
95365 BEARING DELIVERY                  )
CONFIRMATION LABEL NUMBER 0309          )
1830 0001 9628 4275                     )
                                        )
                                        )
_____ )

   The Application and Affidavit for Search Warrant and Search

Warrant in this case, having been sealed by Order of this Court,

and it appears that it no longer need remain secret.

   The United States of America, by and through Benjamin B.

Wagner, United States Attorney, and Karen A. Escobar, Assistant

United States Attorney, hereby moves that the Application and

///

///

///

1 | Affidavit For Search Warrant and the Search Warrant in this case be
2 | unsealed and made public record.
3 | Dated: November 8, 2010

KAREN A. ESCOBAR
Assistant U. S. Attorney

IT IS SO ORDERED.

DATED: November 8, 2010

DENNIS L. BECK
United States Magistrate Judge

2